BK1006327
SAB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE:<br><br>Dennis Ritter<br>Sharon Ritter<br><br>                 Debtors | Case No. 10-57760<br><br>Chapter 7<br><br>Judge Caldwell<br><br>**MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION FOR RELIEF FROM STAY (PROPERTY ADDRESS: 212 OAKCREST COURT, RUSSELLS POINT, OH 43348)** |

      Federal Home Loan Mortgage Corporation (the "Movant") moves this Court, under §§ 361, 362, 363 and other sections of the Bankruptcy Reform Act of 1978, as amended (the "Bankruptcy Code") and under Rules 4001, 6007 and other rules of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order conditioning, modifying or dissolving the automatic stay imposed by § 362 of the Bankruptcy. In support of this Motion, the Movant states:

### MEMORANDUM IN SUPPORT

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

2. A copy of the Deed to the subject property is attached hereto as Exhibit "A". On April 27, 2001,

the debtors listed above (collectively, the "debtors") obtained a loan from Miami Valley Bank in the amount of $107,640.00. Such loan was evidenced by a promissory note dated April 27, 2001, (the "Note"), a copy of which is attached as Exhibit "".

3  To secure payment of the Note and performance of the other terms contained in it, the debtors executed a Mortgage dated April 27, 2001 (the "Security Agreement"). The Security Agreement granted a lien on the real and/or personal property (the "Collateral") owned by the debtors, located at 212 Oakcrest Court, Russells Point, OH 43348 and more fully described in the Security Agreement.

4  The lien created by the Security Agreement was duly perfected by the filing of the Security Agreement in the Office of the Logan County Recorder on May 1, 2001. A copy of the Security Agreement is attached to this motion as Exhibit "C". The lien is the First lien on the Collateral.

5  The Note and Security Agreement were transferred as follows:

The Miami Valley Bank endorsed the Note in blank to Movant herein as evidenced by the blank endorsement on the Note. See Exhibit "".

The Mortgage was transferred from Miami Valley Bank, by FHLMC its attorney in fact to Federal Home Loan Mortgage Corporation as evidenced by the assignment recorded on July 22, 2009 as evidenced by the document attached hereto as Exhibit "D".

6  The value of the Collateral is $101,300.00. This valuation is based on the Logan County Auditor's Records.

7  As of the date of this Motion, there is currently due and owing on the Note the outstanding balance of $84,529.78, plus interest accruing thereon at the rate of 7.0% per annum ($15.34 per day) from July 27, 2010.

8 Other parties who may have an interest in the Collateral are

   Bac Home Loans Servicing by virtue of a second mortgage upon which the amount due is approximately $51,451.00.

   Logan County Treasurer by virtue of real estate taxes due and owing on the property upon which the total amount due is unknown.

   American Express Centurion Bank by virtue of a certified judgment lien upon which the amount due is unknown.

   Midland Funding by virtue of a certified judgment lien upon which the amount due is unknown.

   General Audit Corporation by virtue of a certified judgment lien upon which the amount due is unknown.

   U.S. Bank National Association by virtue of a certified judgment lien upon which the amount due is unknown.

9 The Movant is entitled to relief from the automatic stay under §§ 362(d)(1) and/or 362(d)(2) for these reasons:

Debtors have failed to provide adequate protection for the lien held by the Movant for the reasons set forth below.

This case is a Chapter 7 wherein debtor is in default for payment on the mortgage loan wherein the last payment was applied to the payment due for the month of October, 2009 and there is no equity for the benefit of the estate.

10 This Motion does not seek to affect the rights of the Chapter 7 Trustee.

**11** Pursuant to LBR 4001-1(a)(1) Movant has completed the Exhibit and Worksheet attached hereto as Exhibit "E".

WHEREFORE, Movant prays for an Order from the Court granting Movant relief from the automatic stay of §362 of the Bankruptcy Code to permit Movant to proceed under law and for such

other and further relief to which the Movant may be entitled.

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0083298
Amy D. Vogel, Esq.
Bar Registration No. 0075169
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
sohbk@lsrlaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion for Relief from Stay of the secured creditor, Federal Home Loan Mortgage Corporation, was electronically transmitted on July 26, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Brandon Russell Cogswell, Esq.
214 S. Court St.
Marysville, OH 43040
flslaw@gmail.com

Sara J. Daneman, Trustee
62 Mill Street
Gahanna, OH 43230
sjdtrust2000@yahoo.com

Office of the U.S. Trustee
170 North High Street, Ste. 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov


The undersigned certifies that a copy of the foregoing Motion for Relief From Stay of the secured creditor, Federal Home Loan Mortgage Corporation, was transmitted on July 26, 2010 via regular U.S. mail, postage pre-paid:

Dennis Ritter
5777 State Rt. 366
Huntsville, OH 43324

Sharon Ritter
5777 State Rt. 366
Huntsville, OH 43324

Bac Home Loans Servicing
450 American Street
Simi Valley, CA 93065

Logan County Treasurer
100 South Madriver Street
Bellefontaine, OH 43311

American Express Centurion Bank
6985 Union Park Center
Midvale, UT 84047

Midland Funding
8875 Aero Drive
Suite 200
San Diego, CA 92123

General Audit Corporation
2348 Baton Rouge
C/o Scott G. Koenig
Lima, OH 45805

U.S. Bank National Association
200 South 6th Street
Attn: Michele V. Ritchie EP-MN-L22F
Minneapolis, MN 55402

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0083298
Amy D. Vogel, Esq.
Bar Registration No. 0075169
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
sohbk@lsrlaw.com

BK1006327
SAB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

IN RE:

Dennis Ritter
Sharon Ritter

        Debtors

Case No. 10-57760

Chapter 7

Judge Caldwell

**NOTICE OF FILING OF MOTION FOR RELIEF FROM STAY OF FEDERAL HOME LOAN MORTGAGE CORPORATION, (PROPERTY ADDRESS: 212 OAKCREST COURT, RUSSELLS POINT, OH 43348)**

## **OFFICIAL FORM 20A**

    Federal Home Loan Mortgage Corporation has filed papers with the Court to obtain relief from the automatic stay.

    **YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion for relief from stay, then within twenty-one (21) days from the date of this notice, you or your attorney must:

\*    File with the Court a written request for a hearing, and a written response setting forth the specific grounds explaining your position at:

Clerk, U.S. Bankruptcy Court
120 North High Street
Columbus, OH 43215

    If you mail your request or response to the court for filing, you must mail it early enough so the

court will **receive** it on or before the date stated above.

You must also mail a copy to:

Brandon Russell Cogswell, Esq.  - Attorney for Debtors
214 S. Court St.
Marysville, OH 43040
flslaw@gmail.com

Sara J. Daneman  - Trustee
62 Mill Street
Gahanna, OH 43230
sjdtrust2000@yahoo.com

Office of the U.S. Trustee
170 North High Street, Ste. 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov

Ronald C Taylor, Esq.  - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
sohbk@lsrlaw.com

at the addresses listed thereon.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

DATED:  July 26, 2010

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0083298
Amy D. Vogel, Esq.
Bar Registration No. 0075169
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
sohbk@lsrlaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing Motion for Relief from Stay of the secured creditor, Federal Home Loan Mortgage Corporation, was electronically transmitted on July 26, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Brandon Russell Cogswell, Esq.
214 S. Court St.
Marysville, OH 43040
flslaw@gmail.com

Sara J. Daneman, Trustee
62 Mill Street
Gahanna, OH 43230
sjdtrust2000@yahoo.com

Office of the U.S. Trustee
170 North High Street, Ste. 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Notice of Filing Motion for Relief from Stay of the secured creditor, Federal Home Loan Mortgage Corporation, was transmitted on July 26, 2010 via regular U.S. mail, postage pre-paid:

Dennis Ritter
5777 State Rt. 366
Huntsville, OH 43324

Sharon Ritter
5777 State Rt. 366
Huntsville, OH 43324

Bac Home Loans Servicing
450 American Street
Simi Valley, CA 93065

Logan County Treasurer
100 South Madriver Street
Bellefontaine, OH 43311

American Express Centurion Bank
6985 Union Park Center
Midvale, UT 84047

Midland Funding
8875 Aero Drive
Suite 200
San Diego, CA 92123

General Audit Corporation
2348 Baton Rouge
C/o Scott G. Koenig
Lima, OH 45805

U.S. Bank National Association
200 South 6th Street
Attn: Michele V. Ritchie EP-MN-L22F
Minneapolis, MN 55402

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0083298
Amy D. Vogel, Esq.
Bar Registration No. 0075169
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
sohbk@lsrlaw.com