**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: August 19, 2010**

_____

BK1006327
RAH

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 10-57760 |
| Dennis Ritter<br>Sharon Ritter | Chapter 7 |
| | Judge Caldwell |
| Debtors | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #11) FOR PROPERTY LOCATED AT (212 OAKCREST COURT RUSSELLS POINT , OH 43348)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by Federal Home Loan Mortgage Corporation on July 26, 2010 as document number 11. Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 212 Oakcrest Court, Russells Point, OH 43348.

**IT IS THEREFORE ORDERED:**

1.  The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
Bar Registration No.0083298
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

American Express Centurion Bank - Creditor
6985 Union Park Center
Midvale, UT 84047
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Bac Home Loans Servicing - Creditor
450 American Street
Simi Valley, CA 93065
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

General Audit Corporation - Creditor
2348 Baton Rouge
C/o Scott G. Koenig
Lima, OH 45805
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Logan County Treasurer - Creditor
100 South Madriver Street
Bellefontaine, OH 43311
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Miami Valley Bank - Creditor
PO Box 125
Lakeview, OH 43331
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Midland Funding - Creditor
8875 Aero Drive
Suite 200
San Diego, CA 92123
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

U.S. Bank National Association - Creditor
200 South 6th Street
Attn: Michele V. Ritchie EP-MN-L22F
Minneapolis, MN 55402
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###